**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**NOV 15 2018**

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

**TYMBERLI R. TAYLOR**                                              **PLAINTIFF**

**V.**                             **CASE NO: 4:17-cv-00852-KGB**

**DENNIS JASON MURPHY**                                       **DEFENDANT**

### MOTION FOR EXTENSION OF TIME

Comes now the Plaintiff herein and for her motion for an extension of time within which to respond to the Defendant's Motion To Compel and states:

1.     Plaintiff timely objected to the interrogatories and request for productions.

2.     However, where possible plaintiff supplemented her answers and provided them to the defendant. Attached hereto as exhibit A is Plaintiff's supplemented answers to Defendant's discovery. Additionally, during her deposition, plaintiff provided the Defendant her social security number.

3.     Plaintiff requests an additional 30 days within which to respond to the Defendant's Motion to Compel.

4.     Plaintiff's counsel is a solo practitioner and has a very heavy case load. Following Defendant's Motion To Compel, Plaintiff's counsel has had to make court appearances with the time necessary to competently represent those clients. Furthermore, Plaintiff's counsel has been involved in several depositions during the interim which required devoting the time beforehand to competently prepare himself and his clients.

5.     This request is not made to delay but based upon plaintiff's actual need of time within which to competently respond to the motion to compel.

Wherefore, all premises considered, Plaintiff respectfully prays that this Honorable Court

grant her motion for an extension of time within which to respond to Defendant's Motion To

Compel and for all other relief to which she may be entitled.

Respectfully submitted for
Tymberli Taylor, plaintiff herein

Morris W. Thompson

Morris W. Thompson Law Firm, P.A.
P. O. Box 662
Little Rock, AR  72203
Tele: (501) 661-8100
Fax: (501) 663-3544
E-mail:  mwthompsonlaw@sbcglobal.net
ABN:80145

## CERTIFICATE OF SERVICE

I, the undersigned attorney for Tymberli R. Taylor, the Plaintiff, hereby, certify that I
electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which
will provide notification of the filing to all counsel of record.

Ms. Jennifer L. Merritt
Senior Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
501.682.2591
Jennifer.merritt@arkansasag.gov

Morris W. Thompson

# MORRIS W. THOMPSON
## ATTORNEY AT LAW
**Post Office Box 662 - Little Rock, Arkansas 72203**
Telephone No. (501) 661-8100 \ Fax:(501) 663-3544
e-mail:mwthompsonlaw@sbcglobal.net

November 1, 2018

Ms. Jennifer L. Merritt
Senior Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201

      RE:   Tymberli Taylor v. Dennis J. Murphy
            USDC Case NO: 4:17-cv-00852-KGB

Dear Ms. Merritt:

      Enclosed please find the Plaintiff's supplemented answers to the Defendant's discovery and the limited medical authorization.

Sincerely,

Morris W. Thompson

MWT/kr
encl.
cc:   Tymberli Taylor

**EXHIBIT 4**

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**TYMBERLI R. TAYLOR**                                    **PLAINTIFF**

**v.**                        **CASE NO. 4:17-cv-00852-KGB**

**DENNIS JASON MURPHY, in his**                          **DEFENDANT**
**individual capacity**

### PLAINTIFF'S ANSWERS TO THE DEFENDANT'S
### FIRST SET OF INTERROGATORIES AND REQUESTS
### FOR PRODUCTION OF DOCUMENTS SUPPLEMENTED

Comes now the Plaintiff herein, Tymberli R. Taylor, by and through her attorney, Morris

W. Thompson Law Firm, P. A., for her supplemented answers to the Defendant's first set of

Interrogatories and Requests for Production of Documents states:

**INTERROGATORY NO. 1:** Please state your full name, age, address, and all names

and aliases used by you or by which you have been known at any time; Social Security Number;

employment history for the last ten (10) years; and if you have any criminal record, state the

nature of the charge(s), date and place of arrest(s), and disposition of the charge(s), including any

convictions.

**ANSWER TO INTERROGATORY NO. 1 Supplemented:**   To the best of my

recollection, in addition to the attached list of traffic and criminal charges, in Pulaski County, AR

I was arrested on the charge of theft of property and placed on probation under Act 346. The

charges were later expunged.  Also in October 12, 2012, in Portsmith City, Virginia, I was

convicted of credit card theft. The sentence was 10 days jail suspended; 12 months unsupervised

probation, ordered to pay $85 court cost and a $250 fine.

**REQUEST FOR PRODUCTION NO. 9:** Please complete and sign the attached

Authorization for Disclosure and Release of Medical Information for Tymberli Taylor and return

it with your responses.

**ANSWER TO REQUEST NO. 9:**  Objection. The defendant's proposed release

violates FRCP 26, FRCP 35, and HIPPA.  Furthermore, the proposed authorization is too broad.

The defendant is not entitled to unfettered access to plaintiff's medical history.  If defendant is

entitled to access any of the plaintiff's medical history, it is only to records relevant to plaintiff's

claims; and as the plaintiff did not seek medical or mental care for her damages, her medical

records are not relevant to any of her claims nor reasonably calculated to lead to admissible

evidence. Plaintiff is, however, willing to provide the defendant with the attached limited

authorization for release of medical information.

**INTERROGATORY NO. 11:**  Identify all lawsuits, claims for recovery, or charges of

discrimination or retaliation made by or against you, including bankruptcy filings, and for each

such lawsuit, claim, or charge identify the date such claim or charge was made, the person or

entity against whom you asserted your claim or charge, the person or entity asserting a claim or

charge against you, the type of claim or charge and the type of injury, if any, involved, the

attorney who assisted you, the court or tribunal in which the action was filed, the docket or claim

number, opposing counsel, and the resolution of the lawsuit, claim, or charge.

**ANSWER TO INTERROGATORY NO. 11 Supplemented:**  Tymberli Taylor v.

Dennis Jason Murphy, Arkansas State Claims Commission, claim number 180349, filed October

19, 2017.

> Respectfully Submitted for
> Tymberli R. Taylor, Plaintiff herein
>
> Morris W. Thompson ABN#80145
>
> Morris W. Thompson Law Firm, P.A.
> P.O. Box 662
> Little Rock, AR 72203

- 2 -

Tele: 501.661.8100
Fax: 501.663.3544
E-mail:mwthompsonlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I, Morris W. Thompson, do hereby certify service by mail on this 1st day of November 2018, to the following:

Jennifer L. Merritt
Sr. Assistant Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
Telephone: (501) 682-1319
Fax: (501) 682-2591
Jennifer.Merritt@ArkansasAG.gov

Morris W. Thompson

## **VERIFICATION**

STATE OF ARKANSAS)
                )SS
COUNTY OF PULASKI)

       Comes Tymberli R. Taylor, of lawful age, being first duly sworn and on her oath says that

she is the Plaintiff in this action, and that she has read the contents of the foregoing

interrogatories and requests for production of documents, and that the contents therein contained

are true, as affiant knows, or is informed, or believes.

                                        Tymberli R. Taylor

       SUBSCRIBED AND SWORN to before me, a Notary Public, on this the 1st day of
November, 2018.

                                          Notary Public

My Commission Expires: July 20, 2028

## LIMITED AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

Patient Name: Tymberli R. Taylor
Date of Birth: July 7, 1973

    I, Tymberli R. Taylor, the undersigned patient, authorize disclosure of my health information as described below to the Arkansas Attorneys General Office, 323 Center Street, Suite 200, Little Rock, AR 72201, (501) 682-2007, (the requester).

    The purpose of this authorization is discovery and litigation.

    I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may include information about behavioral or mental health services and treatment for alcohol and drug abuse.

    I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the Privacy Officer of this organization. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company as the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event, or condition: End of Litigation. If I fail to specify an expiration date, event or condition, this authorization will expire in six months. A photostatic copy of this authorization shall serve as an original.

    I understand that I may inspect or choose information to be used or disclosed, as provided in CFR 164.524. I understand that any disclosure of information carries with it the potential for an unauthorized redisclosure and the information may not be protected by confidentiality rules as applied to the health care provider receiving this authorization. If I have any questions about disclosure of my health information, I can contact the Privacy Officer of this corporation.

    This authorization is limited to my medical records from March 1, 2009 up to and through the present. This authorization authorizes the release of **written documentation transcribed in the normal course of medical treatment. IT DOES NOT AUTHORIZE THE PREPARATION OR CREATION OF ANY REPORTS OR WRITTEN SUMMATIONS OF MEDICAL CARE RENDERED NOT ALREADY TRANSCRIBED IN THE NORMAL COURSE OF MEDICAL TREATMENT, OR ANY ORAL DISCUSSIONS, OR ORAL REPORTS. THE MEDICAL TREATMENT OR CONDITION OF THE UNDERSIGNED PATIENT IS NOT TO BE DISCUSSED OUTSIDE THE PRESENCE OF HER ATTORNEY, MORRIS W. THOMPSON.**

    Additionally, you are directed to provide copies of all records provided the requester pursuant to this authorization to the undersigned patient's attorney, Morris W. Thompson Law Firm, P. A., P.O. Box 662, Little Rock, Arkansas 72203, mwthompsonlaw@sbcglobal.net, (501)661-8100.

    The following individual or organization is authorized to make the disclosure:

NAME:_____

ADDRESS:_____

_____    Nov 1, 2018_____
Signature of patient                      Date

_____
Signature of Witness

| | |
|---|---|
| **Case ID:** | LRTR-18-1779 - STATE V TYMBERLI RAICHELLE TAYLOR -*BENCH TRIAL* |
| **Filing Date:** | Monday , February 12th, 2018 |
| **Court:** | 60 - PULASKI |
| **Location:** | LR - LITTLE ROCK |
| **Type:** | CY - CITY DOCKET TRAFFIC |
| **Status:** | CLOSED - CASE CLOSED |

## Violations

TAYLOR, TYMBERLI RAICHELLE

**Violation: 1**          Citation#: LR1094850          Age at Violation:
44    **Plea**:
**27-22-104(a)(2)**       FAIL TO PRESENT PROOF OF INSURANCE (NO PROOF);
V     **Disp**:13-MAR-18   GUILTY
**Level**:   V   VIOLATION
**Violation Date**: 09-FEB-18
**Violation Time**: 16:14:22

---

TAYLOR, TYMBERLI RAICHELLE

**Violation: 2**          Citation#: LR1094850          Age at Violation:
44    **Plea**:
**27-16-303**       DRIVING ON SUSPENDED LICENSE; MU       Disp:13-MAR-
18   GUILTY
**Level**:   MU   UNCLASSIFIED MISDEMEANOR
**Violation Date**: 09-FEB-18
**Violation Time**: 16:14:22

---

TAYLOR, TYMBERLI RAICHELLE

**Violation: 3**          Citation#: LR1094850          Age at Violation:
44    **Plea**:
**27-51-104**       CARELESS AND PROHIBITED DRIVING; V       Disp:13-MAR-
18   GUILTY
**Level**:   V   VIOLATION
**Violation Date**: 09-FEB-18
**Violation Time**: 16:14:22

---

## Sentence

**Name**: TYMBERLI RAICHELLE TAYLOR          **Sentence**: SEN:-
SENTENCE          **Sequence**: 11
**Length**: 2 DAY(S)          **Suspended Length**:
2 DAY(S)          **Consecutive**:          **Concurrent**:
**Served**:          **Signed**:          **Start**: 13-MAR-18          **Probation**:          **Completion**:
**Sentence Detail**: $575
**Violation(s)**
**Violation No:** 2, 27-16-303 , DRIVING ON SUSPENDED LICENSE; MU

**Name**: TYMBERLI RAICHELLE TAYLOR          **Sentence**: SEN:-
SENTENCE          **Sequence**: 10
**Length**: 0 DAY(S)          **Suspended**
**Length**:          **Consecutive**:          **Concurrent**:
**Served**:          **Signed**:          **Start**: 13-MAR-18          **Probation**:          **Completion**:
**Sentence Detail**: $90
**Violation(s)**
**Violation No:** 1, 27-22-104(a)(2) , FAIL TO PRESENT PROOF OF INSURANCE (NO
PROOF); V

**Name**: TYMBERLI RAICHELLE TAYLOR          **Sentence**: SEN:-
SENTENCE          **Sequence**: 12
**Length**: 0 DAY(S)          **Suspended**
**Length**:          **Consecutive**:          **Concurrent**:
**Served**:          **Signed**:          **Start**: 13-MAR-18          **Probation**:          **Completion**:
**Sentence Detail**: $195
**Violation(s)**
**Violation No:** 3, 27-51-104 , CARELESS AND PROHIBITED DRIVING; V

**Case ID:**   62CR-15-248 - STATE V TYMBERLI R TAYLOR -*NON-TRIAL*
**Filing Date:** Thursday, July 30th, 2015
**Court:**    62 - ST. FRANCIS
**Location:**   CI - CIRCUIT
**Type:**    MA - MISDEMEANOR APPEAL
**Status:**   CLOSED - CASE CLOSED
**Violations**

TAYLOR, TYMBERLI RAICHELLE

**Violation: 1**        **Citation#:**        **Age at Violation**: 41    **Plea**: 28-AUG-17   NOT GUILTY
**5-38-203(b)(1)**    **CRIMINAL MISCHIEF - 1ST DEGREE (DAMAGE <= $1,000);**
**MA**    **Disp**:28-AUG-17   DISMISSED
**Level**:   MA   CLASS A MISDEMEANOR
**Violation Date**: 05-MAR-15
**Violation Time**:
**Violation Text**: CHARGE DOCKET #3000324224
**Violation Text**: D.C. CASE #CR-15-1599

TAYLOR, TYMBERLI RAICHELLE

**Violation: 2**        **Citation#:**        **Age at Violation**: 41    **Plea**: 28-AUG-17   NOT GUILTY
**5-54-102**    **OBSTRUCTING GOVERNMENTAL OPERATIONS; MC**    **Disp**:28-AUG-17   DISMISSED
**Level**:   MC   CLASS C MISDEMEANOR
**Violation Date**: 05-MAR-15
**Violation Time**:
**Violation Text**: CHARGE DOCKET #3000324224
**Violation Text**: D.C. CASE #CR-15-1600

TAYLOR, TYMBERLI RAICHELLE

**Violation: 3**        **Citation#:**        **Age at Violation**: 41    **Plea**: 28-AUG-17   NOT GUILTY
**5-36-108**    **UNAUTHORIZED USE OF A VEHICLE; MA**    **Disp**:28-AUG-17   DISMISSED
**Level**:   MA   CLASS A MISDEMEANOR
**Violation Date**: 05-MAR-15
**Violation Time**:

**Violation Text:** CHARGE DOCKET #3000324225
**Violation Text:** D.C. CASE #tr-15-822

---

TAYLOR, TYMBERLI RAICHELLE

**Violation: 4**        **Citation#:**        **Age at Violation:** 41      **Plea:** <u>28-AUG-17   NOLO CONTENDERE</u>
<u>5-65-205</u>     **REFUSAL TO SUBMIT TO CHEMICAL TEST; V**     **Disp:**28-AUG-17   GUILTY
**Level:**    V    VIOLATION
**Violation Date:** 05-MAR-15
**Violation Time:**
**Violation Text:** CHARGE DOCKET #3000324225
**Violation Text:** D.C. CASE #CR-15-1601

---

TAYLOR, TYMBERLI RAICHELLE

**Violation: 5**        **Citation#:**        **Age at Violation:** 41      **Plea:** <u>28-AUG-17   NOT GUILTY</u>
<u>5-65-103 2ND</u>      **DRIVING WHILE INTOXICATED - DWI 2ND; MU**     **Disp:**28-AUG-17   NOT GUILTY (ACQUITTAL)
**Level:**    MU    UNCLASSIFIED MISDEMEANOR
**Violation Date:** 05-MAR-15
**Violation Time:**
**Violation Text:** CHARGE DOCKET #3000324225
**Violation Text:** D.C. CASE #DWI-15-42

---

TAYLOR, TYMBERLI RAICHELLE

**Violation: 6**        **Citation#:**        **Age at Violation:** 41      **Plea:** <u>28-AUG-17   NOT GUILTY</u>
<u>5-54-103(a)</u>      **RESISTING ARREST; MA**     **Disp:**28-AUG-17   DISMISSED
**Level:**    MA    CLASS A MISDEMEANOR
**Violation Date:** 05-MAR-15
**Violation Time:**
**Violation Text:** CHARGE DOCKET #3000324225
**Violation Text:** D.C. CASE #CR-15-1602

---

TAYLOR, TYMBERLI RAICHELLE

**Violation: 7**        **Citation#:**        **Age at Violation:** 41      **Plea:** <u>28-AUG-17   NOT GUILTY</u>

**27-51-104**      **CARELESS AND PROHIBITED DRIVING; V**      **Disp**:28-AUG-17  DISMISSED
**Level**:   V   VIOLATION
**Violation Date**: 05-MAR-15
**Violation Time**:
**Violation Text**: CHARGE DOCKET #3000324226
**Violation Text**: D.C. CASE #TR-15-823

___

TAYLOR, TYMBERLI RAICHELLE


**Violation: 8**           **Citation#**:           **Age at Violation**: 41      **Plea**: 28-AUG-17   NOT GUILTY
**27-16-303**      **DRIVING ON SUSPENDED LICENSE; MU**      **Disp**:28-AUG-17  DISMISSED
**Level**:   MU   UNCLASSIFIED MISDEMEANOR
**Violation Date**: 05-MAR-15
**Violation Time**:
**Violation Text**: CHARGE DOCKET #3000324224
**Violation Text**: D.C. CASE #TR-15-819

___

TAYLOR, TYMBERLI RAICHELLE


**Violation: 9**           **Citation#**:           **Age at Violation**: 41      **Plea**: 28-AUG-17   NOT GUILTY
**27-22-104**      **NO LIABILITY INSURANCE; V**      **Disp**:28-AUG-17   DISMISSED
**Level**:   V   VIOLATION
**Violation Date**: 05-MAR-15
**Violation Time**:
**Violation Text**: CHARGE DOCKET #3000324224
**Violation Text**: D.C. CASE #TR-15-821

___

08/30/2017 JUDGMENT/DECREE/ORDER
09:00 AM

**Entry:**      JUDGMENT: DEF. PLEAD N.C. TO REFUSAL TO SUBMIT TO CHEMICAL TEST AND REQUESTED A DIRECTED VERDICT ON DWI. DEF. FOUND GUILTY OF REFUSAL CHARGE AND NOT GUILTY THROUGH DIRECTED VERDICT AS PART OF PLEA DEAL. ALL OTHER CHARGES DISMISSED. DEF. TO PAY $500, INCLUDING COSTS. NO DEADLINE WAS LISTED TO PAY FINE.

**Case ID:** LRTR-14-8418 - STATE V TYMBERLI RAICHELLE TAYLOR
**Filing Date:** Friday , May 16th, 2014
**Court:** 60 - PULASKI
**Location:** LR - LITTLE ROCK
**Type:** CY - CITY DOCKET TRAFFIC
**Status:** CLOSED - CASE CLOSED

<u>**Violation: 1**</u>         **Citation#**: LR1042483         **Age at Violation**:
40    **Plea**:
<u>**27-16-303**</u>    **DRIVING ON SUSPENDED LICENSE; V**    **Disp**:18-JUN-
14   GUILTY
**Level**:   V   VIOLATION
**Violation Date**: 16-MAY-14
**Violation Time**: 12:30:00
**Violation Text**:Original (27-16-303): DRIVING WHILE LIC SUSPENDED OR
REVOKED
**Violation Text**:ARREST LOCN: 1700 COMMERCE

<u>**Violation: 2**</u>         **Citation#**: LR1042483         **Age at Violation**:
40    **Plea**:
<u>**27-51-601**</u>    **FAIL TO STOP OR YIELD; V**    **Disp**:18-JUN-14   GUILTY
**Level**:   V   VIOLATION
**Violation Date**: 16-MAY-14
**Violation Time**: 12:30:00
**Violation Text**:Original (27-51-601): STOP SIGNS AND YIELD SIGNS
**Violation Text**:ARREST LOCN: 1700 COMMERCE

<u>**Violation: 5**</u>         **Citation#**: LR1042483         **Age at Violation**:
40    **Plea**:
<u>**5-54-120(b)(8)**</u>    **FAIL TO APPEAR ON VIOLATION (FTA); MC**    **Disp**:10-MAR-
15   GUILTY
**Level**:   MC   CLASS C MISDEMEANOR
**Violation Date**: 16-MAY-14
**Violation Time**: 12:30:00
**Violation Text**:Original (5-54-120): FAILURE TO APPEAR
**Violation Text**:ARREST LOCN: 1700 COMMERCE

## Sentence

**Name**: TYMBERLI RAICHELLE TAYLOR         **Sentence**: IMP:-IMPOSED
(CONVERSION)         **Sequence**: 7
**Length**: 2 DAY(S)         **Suspended Length**:
2 DAY(S)         **Consecutive**:         **Concurrent**:
**Served**:         **Signed**:         **Start**: 18-JUN-14         **Probation**:         **Completion**:
**Sentence Detail**: ALT: None, FINE: $375.00, CTS/SUSP: $160.00
**Violation(s)**
**Violation No**: 1, 27-16-303 , DRIVING ON SUSPENDED LICENSE; V

**Name**: TYMBERLI RAICHELLE TAYLOR         **Sentence**: IMP:-IMPOSED
(CONVERSION)         **Sequence**: 8
**Length**: 0 DAY(S)         **Suspended Length**:
0 DAY(S)         **Consecutive**:         **Concurrent**:
**Served**:         **Signed**:         **Start**: 18-JUN-14         **Probation**:         **Completion**:
**Sentence Detail**: ALT: PCCS , FINE: $195.00
**Violation(s)**
**Violation No**: 2, 27-51-601 , FAIL TO STOP OR YIELD; V

02/08/2015  COST/FEE/FINE ASSESSED
08:00 AM

**Entry:**

27-16-303: DRIVING WHILE LIC SUSPENDED OR REVOKED, FINED: 215.00, AMT DUE: 215.00 27-51-601: STOP SIGNS AND YIELD SIGNS, FINED: 195.00, AMT DUE: 410.00 16-13-712: JUDICIAL FINE COLLECTION ENHANCEMENT FUND, FINED: 15.00, AMT DUE: 425.00 16-10-209: AOJ FUND, FINED: 15.00, AMT DUE: 440.00 5-54-120: FAILURE TO APPEAR, FINED: 275.00, AMT DUE: 715.00 Totals - Probation Due: 0.0 Probation Paid: 0.0 Totals - Class Cost Due: 0.0 Class Cost Paid: 0.0 Totals - Comm. Serv Due: 0.0 Comm. Serv Paid: 0.0

**Case ID:** PCTR-13-4234 - STATE V TYMBERLI TAYLOR

| | |
|---|---|
| **Filing Date:** | Tuesday , February 26th, 2013 |
| **Court:** | 60 - PULASKI |
| **Location:** | PC - PULASKI COUNTY DISTRICT COURT |
| **Type:** | S - COUNTY DOCKET TRAFFIC/CRIMINAL |
| **Status:** | HEARING - HEARING HELD |
| **Images:** | |

---

**Violation: 1**     **Citation#**: J866190     **Age at Violation**: 39     **Plea**:
**27-16-303     DRIVING ON SUSPENDED LICENSE; MU     Disp**:30-APR-13   GUILTY
**Level**:   MU   UNCLASSIFIED MISDEMEANOR
**Violation Date**: 26-FEB-13
**Violation Time**:

---

**Violation: 2**     **Citation#**: J866190     **Age at Violation**: 41     **Plea**:
18-JUL-18   GUILTY
**16-10-108 FTP     CONTEMPT OF COURT FOR FAILURE TO PAY FINES (FTP);
MC     Disp**:18-JUL-18   GUILTY
**Level**:   MC   CLASS C MISDEMEANOR
**Violation Date**: 15-JAN-15
**Violation Time**:

---

VIDEO ARGNMT
HEARING HELD

JL/7-18-
18...GUILTY...CREDIT
TIME SERVED

**Case ID:**  PCTR-13-4235 - STATE V TYMBERLI
TAYLOR

**Filing Date:** Tuesday , February 26th, 2013

**Court:**  60 - PULASKI

**Location:**  PC - PULASKI COUNTY DISTRICT COURT

**Type:**  S - COUNTY DOCKET TRAFFIC/CRIMINAL

**Status:**  HEARING - HEARING HELD

**Images:**

---

**Violation: 1**        **Citation#**: J866190        **Age at Violation**: 39    **Plea**:
**27-22-104(c)(1)(B)**        **FAIL TO PRESENT PROOF OF INSURANCE (NO PROOF)**;
**V       Disp**:30-APR-13   GUILTY
**Level**:    V    VIOLATION
**Violation Date**: 26-FEB-13
**Violation Time**:

---

04/30/2013  CONVERTED PLEA/DISP/SENT
02:18 PM

**Entry:**  IN COURT ( ARRAIGNMENT ON 04/30/13), ON CHRG# 1 ( 27-22-104-
MANDATORY LIABILITY INSURANCE - ASP ). COURT DISMISSED THIS
CHARGE FOR THE REASON OF PROVIDED PROOF. FINDING ENTERED.


04/30/2013  ORDER OTHER
02:18 PM

**Entry:**  IN COURT ( ARRAIGNMENT ON 04/30/13), ON CHRG#1 ( 27-22-104-
MANDATORY LIABILITY INSURANCE - ASP), FINE, COST, FEE &
RESTITUTION ORDER VACATED DUE TO FINDING OF DISMISSED.


04/30/2013  ORDER OTHER
02:18 PM

**Entry:**  IN COURT ( ARRAIGNMENT ON 04/30/13), ON CHRG#1 ( 27-22-104-
MANDATORY LIABILITY INSURANCE - ASP), COURT ORDERED
DEFENDANT TO PAY: ($0.00 OF FINE, $75.00 OF COST, $210.00 OF
NO LIABILITY INSURANCE FINES - ASP, $20.00 OF PCRDF 03-OR-

54, $5.00 OF FAIL TO PRESENT INS PROOF FINES - 20% LOCAL,
$20.00 OF FAIL TO PRESENT INS PROOF FINES - 80% STATE, $25.00
OF COST) IN THE TOTAL AMOUNT OF $355.00. NON-MONEY
CREDIT GIVEN IN THE AMOUNT OF $305.00. 4-30-13..DISMISS
WITH $50 STATE ASSESSED PENALTY. ENTERED.

**Case ID:**    PCTR-13-4234 - STATE V
TYMBERLI TAYLOR

**Filing**    Tuesday, February 26th, 2013
**Date:**

**Court:**    60 - PULASKI

**Location:**    PC - PULASKI COUNTY DISTRICT
COURT

**Type:**    S - COUNTY DOCKET
TRAFFIC/CRIMINAL

**Status:**    HEARING - HEARING HELD

**Violation: 1**        **Citation#**:
J866190        **Age at Violation**:
39    **Plea**:
**27-16-303        DRIVING ON SUSPENDED
LICENSE; MU    Disp**:30-APR-13   GUILTY
**Level:    MU    UNCLASSIFIED
MISDEMEANOR**
**Violation Date**: 26-FEB-13
**Violation Time**:

**Violation: 2**        **Citation#**:
J866190        **Age at Violation**: 41    **Plea**:
18-JUL-18   GUILTY
**16-10-108 FTP        CONTEMPT OF COURT
FOR FAILURE TO PAY FINES (FTP);
MC    Disp**:18-JUL-18   GUILTY
**Level:    MC    CLASS C MISDEMEANOR**
**Violation Date**: 15-JAN-15
**Violation Time**:

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 04/08/2013 04:01 PM | CONVERTED ADR/CITATION DOCS | | |
| Entry: | CHARGE DOCUMENT# J866190 FILED 02/26/13. INITIAL ASSESSMENT FOR $75.00 OF COST; FEES OF ($20.00 FOR PCRDF 03-OR-54; $5.00 FOR YAPP FEE CODE 96;) FOR TOTAL FEES OF $25.00· FOR A | | |

STATE V TYMBERLI RAICHELLE TAYLOR

**Filing Date:** Wednesday, January 19th, 2011

**Court:** 60 - PULASKI

**Location:** LR - LITTLE ROCK

**Type:** CX - CITY DOCKET CRIMINAL

**Status:** *none*

**Violation: 1**       Citation#: CR159884       Age at Violation: 37    **Plea**:

**18-16-101**       **FAIL TO PAY RENT - REFUSAL TO VACATE UPON NOTICE;**

**MU**    **Disp**:26-JAN-11  DISMISSED

**Level**:    MU    UNCLASSIFIED MISDEMEANOR

**Violation Date**: 19-JAN-11

**Violation Time**: 10:59:00

**Violation Text**:Original (18-16-101): FAILURE TO VACATE

**Violation Text**:ARREST LOCN: 24800 CHENAL PARKWAY

| | |
|---|---|
| **Case ID:** | PCDWI-10-372 - STATE V TYMBERLI TAYLOR |
| **Filing Date:** | Sunday , October 03rd, 2010 |
| **Court:** | 60 - PULASKI |
| **Location:** | PC - PULASKI COUNTY DISTRICT COURT |
| **Type:** | S - COUNTY DOCKET TRAFFIC/CRIMINAL |
| **Status:** | *none* |

10/26/2010   LEGACY DOCKET SHEET                    TAYLOR, TYMBERLI R
08:00 AM

**Entry:** RELEASE DATE:1899-12-30 00:00:00 RELEASE BOND AMT:0 VIOL TM HR:12 VIOL TM MIN:50 VIOL TM AM:1 VIOL TM PM:0 CITATION LABEL:154355UALR VIOL DATE:2010-10-03 00:00:00 FILING DATE CITATION:2010-10-03 00:00:00 JURIS ISSUER DESCRIPTION:UNIVERSITY ARKANSAS LITTLE ROCK VIOL DESCRIPTION:DWI . . . . . . COMMENT TEXT:REFUSED......10-26-10...GUILTY...TO BE SENT 11-23-10 @ 1:30 FILING DATE VIOL:2010-10-19 00:00:00 SEAT BELT CREDIT GIVEN:0

10/28/2010   CONVERTED PLEA/DISP/SENT
04:35 PM

**Entry:** IN COURT ( ARRAIGNMENT - O.A. DWI ON 10/26/10), ON CHRG# 1 ( 5-65-103-DWI... ). DEFENDANT PLEAD: GUILTY. COURT FOUND DEFENDANT: GUILTY. INTERMEDIATE DISPOSITION OF DEFERRED SENTENCE ENTERED.

**Images** No Images

| | |
|---|---|
| **Case ID:** | LRTR-08-13009 - STATE V TYMBERLI RAICHELLE TAYLOR |

| | |
|---|---|
| **Filing Date:** | Wednesday, June 18th, 2008 |
| **Court:** | 60 - PULASKI |
| **Location:** | LR - LITTLE ROCK |
| **Type:** | CY - CITY DOCKET TRAFFIC |
| **Status:** | *none* |

**Violation: 1**      **Citation#**: LR912497      **Age at Violation**: 34      **Plea**:

**27-51-201**      **SPEEDING; V**      **Disp**:24-MAR-09   GUILTY
**Level**:   V   VIOLATION
**Violation Date**: 18-JUN-08
**Violation Time**: 21:30:00
**Violation Text**: Original (27-51-201): SPEEDING
**Violation Text**: ARREST LOCN: CHENAL PKWY/ CANTRELL

---

TAYLOR, TYMBERLI RAICHELLE

**Violation: 2**      **Citation#**: LR912497      **Age at Violation**: 34      **Plea**:

**ZCR**      **LEGACY SYSTEM CRIMINAL VIOLATION; V**      **Disp**:24-MAR-09   GUILTY
**Level**:   V   VIOLATION
**Violation Date**: 18-JUN-08
**Violation Time**: 21:30:00
**Violation Text**: Original (27-50-604): VIOLATION OF PROMISE TO APPEAR
**Violation Text**: ARREST LOCN: CHENAL PKWY/ CANTRELL

---

**Sentence**

**Name**: TYMBERLI RAICHELLE TAYLOR      **Sentence**: IMP:-IMPOSED
(CONVERSION)      **Sequence**: 2
**Length**: 0 DAY(S)      **Suspended Length**:
0 DAY(S)      **Consecutive**:      **Concurrent**:
**Served**:      **Signed**:      **Start**: 24-MAR-09      **Probation**:      **Completion**:
**Sentence Detail**: ALT: None, FINE: $180.00
**Violation(s)**

**Violation No:** 1, 27-51-201 , SPEEDING; V

**Name**: TYMBERLI RAICHELLE TAYLOR        **Sentence**: IMP:-IMPOSED
(CONVERSION)        **Sequence**: 3
**Length**: 0 DAY(S)        **Suspended Length**:
0 DAY(S)        **Consecutive**:        **Concurrent**:
**Served**:        **Signed**:        **Start**: 24-MAR-
09        **Probation**:        **Completion**:
**Sentence Detail**: ALT: None, FINE: $205.00
**Violation(s)**
**Violation No:** 2, ZCR , LEGACY SYSTEM CRIMINAL VIOLATION; V

| | |
|---|---|
| 02/08/2015<br>08:00 AM | COST/FEE/FINE ASSESSED |
| **Entry:** | 27-51-201: SPEEDING, FINED: 180.00, AMT DUE: 180.00 2083752: FINE T1, PAYDATE: 2009-03-24 00:00:00, PAID: 180.00, AMT DUE: 0.00 27-50-604: VIOLATION OF PROMISE TO APPEAR, FINED: 205.00, AMT DUE: 205.00 2083752: FINE T1, PAYDATE: 2009-03-24 00:00:00, PAID: 205.00, AMT DUE: 0.00 Totals - Probation Due: 0.0 Probation Paid: 0.0 Totals - Class Cost Due: 0.0 Class Cost Paid: 0.0 Totals - Comm. Serv Due: 0.0 Comm. Serv Paid: 0.0 |

**Case ID:**      LRTR-08-460 - STATE V TYMBERLI RAICHELLE TAYLOR
**Filing Date:** Tuesday , January 08th, 2008
**Court:**        60 - PULASKI
**Location:**     LR - LITTLE ROCK
**Type:**         CY - CITY DOCKET TRAFFIC
**Status:**       *none*

**Violation: 1**          **Citation#**: LR895459          **Age at Violation**:
34     **Plea**:
**27-51-104**       **CARELESS AND PROHIBITED DRIVING; V**     **Disp**:10-APR-
08   GUILTY
**Level**:     V     VIOLATION
**Violation Date**: 08-JAN-08
**Violation Time**: 20:25:00
**Violation Text**: Original (27-51-104): CARELESS AND PROHIBITED DRIVING
**Violation Text**: ARREST LOCN: PINE/ LEE

---

**Violation: 2**          **Citation#**: LR895459          **Age at Violation**:
34     **Plea**:
**27-22-104**       **NO LIABILITY INSURANCE; V**     **Disp**:10-APR-08   GUILTY
**Level**:     V     VIOLATION
**Violation Date**: 08-JAN-08
**Violation Time**: 20:25:00
**Violation Text**:Original (27-22-104): NO PROOF OF INSURANCE
**Violation Text**:ARREST LOCN: PINE/ LEE

---

**Violation: 4**          **Citation#**: LR895459          **Age at Violation**:
34     **Plea**:
**5-54-120(c)(2)**       **FAIL TO APPEAR ON VIOLATION (FTA); V**     **Disp**:10-APR-
08   GUILTY
**Level**:     V     VIOLATION
**Violation Date**: 08-JAN-08
**Violation Time**: 20:25:00
**Violation Text**:Original (5-54-120): FAILURE TO APPEAR
**Violation Text**:ARREST LOCN: PINE/ LEE

---

## Sentence

**Name**: TYMBERLI RAICHELLE TAYLOR          **Sentence**: IMP:-IMPOSED
(CONVERSION)          **Sequence**: 5
**Length**: 0 DAY(S)          **Suspended Length**:
0 DAY(S)          **Consecutive**:          **Concurrent**:
**Served**:          **Signed**:          **Start**: 10-APR-08          **Probation**:          **Completion**:
**Sentence Detail**: ALT: None, FINE: $180.00
**Violation(s)**
**Violation No**: 2, 27-22-104 , NO LIABILITY INSURANCE; V

**Name**: TYMBERLI RAICHELLE TAYLOR          **Sentence**: IMP:-IMPOSED
(CONVERSION)          **Sequence**: 4
**Length**: 0 DAY(S)          **Suspended Length**:
0 DAY(S)          **Consecutive**:          **Concurrent**:
**Served**:          **Signed**:          **Start**: 10-APR-08          **Probation**:          **Completion**:
**Sentence Detail**: ALT: None, FINE: $180.00
**Violation(s)**
**Violation No**: 1, 27-51-104 , CARELESS AND PROHIBITED DRIVING; V

**Name**: TYMBERLI RAICHELLE TAYLOR          **Sentence**: IMP:-IMPOSED
(CONVERSION)          **Sequence**: 6
**Length**: 0 DAY(S)          **Suspended Length**:
0 DAY(S)          **Consecutive**:          **Concurrent**:
**Served**:          **Signed**:          **Start**: 10-APR-08          **Probation**:          **Completion**:
**Sentence Detail**: ALT: None, FINE: $205.00
**Violation(s)**
**Violation No**: 4, 5-54-120(c)(2) , FAIL TO APPEAR ON VIOLATION (FTA); V

## Docket Entries

**Images** No Images

**Entry:** 27-51-104: CARELESS AND PROHIBITED DRIVING, FINED: 180.00, AMT DUE: 180.00 2083751: FINE T2, PAYDATE: 2009-03-24 00:00:00, PAID: 180.00, AMT DUE: 0.00 27-22-104: NO PROOF OF INSURANCE, FINED: 180.00, AMT DUE: 180.00 2083751: FINE AJ, PAYDATE: 2009-03-24 00:00:00, PAID: 180.00, AMT

DUE: 0.00 16-13-712: JUDICIAL FINE COLLECTION ENHANCEMENT FUND, FINED: 15.00, AMT DUE: 15.00 2083751: FEE TW, PAYDATE: 2009-03-24 00:00:00, PAID: 15.00, AMT DUE: 15.00 5-54-120: FAILURE TO APPEAR, FINED: 205.00, AMT DUE: 220.00 2083751: FINE T2, PAYDATE: 2009-03-24 00:00:00, PAID: 205.00, AMT DUE: 15.00 Totals - Probation Due: 0.0 Probation Paid: 0.0 Totals - Class Cost Due: 0.0 Class Cost Paid: 0.0 Totals - Comm. Serv Due: 0.0 Comm. Serv Paid: 0.0