# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TYMBERLI R. TAYLOR**                                                                **PLAINTIFF**

**v.**                                       **Case No. 4:17-cv-00852-KGB**

**DENNIS JASON MURPHY**                                             **DEFENDANT**

## ORDER

Plaintiff Tymberli Taylor brings this action under 42 U.S.C. § 1983 and Arkansas state law (Dkt. No. 1). Defendant Dennis Jason Murphy filed a motion for summary judgment on May 23, 2019; Ms. Taylor responded on June 12, 2019; and Mr. Murphy replied on June 20, 2019 (Dkt. Nos. 27, 33, 40). A trial in this matter currently is set for the week of July 8, 2019 (Dkt. No. 18). The Court has the motion for summary judgment under advisement. The Court notes that the summary judgment record is substantial and raises, among other things, the issue of qualified immunity.

Accordingly, on the Court's own motion, the Court removes this matter from the trial docket for the week of July 8, 2019. The Court will enter an amended scheduling order with a new trial date, if necessary, after it has decided the pending motion for summary judgment.

So ordered this the 28th day of June 2019.

                                                                       _____
                                                                       Kristine G. Baker
                                                                       United States District Judge