# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TYMBERLI R. TAYLOR**                                                                                          **PLAINTIFF**

**v.**                                        **Case No. 4:17-cv-00852 KGB**

**DENNIS JASON MURPHY**                                                                               **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal (Dkt. No. 62). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, subject to fulfillment of the terms and conditions of the settlement agreement reached by the parties at the settlement conference on July 28, 2021, held before United States Magistrate Judge J. Thomas Ray.

It is so ordered this 30th day of July, 2021.

*[signature]*
Kristine G. Baker
United States District Judge